■ In the Matter of ESKEW PETERSON, Petitioner, v UNITED PARCEL SERVICE et al., Respondents.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated June 27, 1979, which affirmed an order of the New York State Division of Human Rights dismissing petitioner's complaint upon a finding of no probable cause to believe that respondents had engaged in an unlawful discriminatory practice relating to his discharge from employment. Order confirmed, without costs or disbursements, and proceeding dismissed. The evidence before the State Division of Human Rights substantially supported its determination *(Matter of Lundy v United Parcel Serv.,* 71 AD2d 993). Mollen, P. J., Damiani, Gibbons and Martuscello, JJ., concur.

■ In the Matter of JOHN J. THOMSON, Petitioner, v BOARD OF EDUCATION OF THE PATCHOGUE-MEDFORD SCHOOL DISTRICT, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent, dated March 19, 1979, which adopted the recommendations of the hearing officer and dismissed petitioner from his position as stores clerk. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination was, on the entire record, supported by substantial evidence. Mollen, P. J., Damiani, Gibbons and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BARCI, Appellant.—Judgment of the County Court, Nassau County, rendered April 26, 1979, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Rabin, Gulotta and Cohalan, JJ., concur.